## PUTNAM *et al.* v. WESTERN BANK SUPPLY CO.

### No. 3101.    Opinion Filed May 13, 1913.

### (132 Pac. 483.)

**APPEAL AND ERROR—Transcript—Vacating Default Judgment.** A motion to vacate a default judgment and the ruling thereon and the exceptions taken are not a part of the record, and cannot be brought here by transcript.

(Syllabus by the Court.)

*Error from Superior Court, Oklahoma County;*
*Edward Dewes Oldfield, Judge.*

Action by the Western Bank Supply Company against I. M. Putnam and others. Judgment for plaintiff, and defendants bring error. Dismissed.

*J. V. Cabell,* for plaintiff in error.
*G. F. Zimmerman,* for defendant in error.

TURNER, J. This case presents error from the superior court of Oklahoma county. The proceeding is here upon a transcript of the record. The only assignment of error contained in the petition in error is that: "Said court erred in denying defendant's motion to vacate the default judgment entered by plaintiff in said action." A motion to dismiss has been filed by counsel for defendant in error, on the ground that the record before us presents no error subject to review. This motion must be sustained. The motion to vacate the default judgment is no part of the record, and cannot be brought to this court by a transcript. *McMecham v. Christy,* 3 Okla. 301, 41 Pac. 382; *Tribal Development Co. et. al. v. White Bros. et al.,* 28 Okla. 525, 114 Pac. 736, and cases there cited. The cause is accordingly dismissed.

All the Justices concur.